Filed:  February 8, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7818**
**(2:03-cr-00896-PMD-1)**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

      v.

JEREMY MOUZON, a/k/a Ferris Earl Scott Green,

            Defendant - Appellant.

O R D E R

The Court amends the unpublished per curiam opinion entered on December 27, 2012, by replacing the word "conviction," on line two of page two of the opinion, with "sentence."

Entered at the direction of the panel:  Judge King, Judge Duncan, and Senior Judge Hamilton.

                              For the Court

                              /s/ Patricia S. Connor, Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 12-7818**

---

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff - Appellee,

　　　v.

JEREMY MOUZON, a/k/a Ferris Earl Scott Green,

　　　　　　　Defendant - Appellant.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Patrick Michael Duffy, Senior
District Judge.  (2:03-cr-00896-PMD-1)

---

Submitted:  December 20, 2012　　　Decided:  December 27, 2012

---

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Jeremy Mouzon, Appellant Pro Se.  Alston Calhoun Badger, Jr.,
Assistant United States Attorney, Charleston, South Carolina,
for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremy Mouzon seeks to appeal his sentence for carjacking, using and carrying a firearm during and in relation to a crime of violence, and possession of a firearm by a convicted felon. Mouzon was sentenced in 2005 to a term of 360 months' imprisonment. On direct appeal, this court affirmed Mouzon's convictions and sentence. United States v. Mouzon, 178 F. App'x 193 (4th Cir. 2006). In October 2012, Mouzon filed another notice of appeal of the criminal judgment. However, because we have previously affirmed this criminal judgment, we dismiss the appeal as duplicative and untimely. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED